UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
UNITED STATES OF AMERICA,

              -against-                          ORDER
                                                  05 CR 677 (CBA)

LIBAN ABDULLE,
                      Defendant.
----------------------------------------------------------X

Upon the application of Steve Zissou, attorney for the above named defendant, and without objection from the attorney for the government, and upon all the proceedings previously herein, and it being apparent that the defendant, Liban Abdulle, has already been prosecuted for the offenses contained in the indictment before this court, it is hereby

ORDERED, that the indictment is dismissed with prejudice.


Dated: Brooklyn, New York
        ~~November~~, 2007
        October 31,

                                              s/Hon. Carol B. Amon
                                              Hon. Carol B. Amon
                                              United States District Judge